

Misc. No. 12–8017/AR. Ronald Gray, Appellant v. Eric Belcher, Colonel, U.S. Army, Commandant, U.S. Disciplinary Barracks, Fort Leavenworth, Kansas, Appellee. CCA 20110093. On consideration of the writ-appeal petition, it is ordered that said writ-appeal petition is hereby denied without prejudice to raising the issue asserted after the U.S. District Court for the District of Kansas rules on the pending habeas petition.

No. 11–0626/AR. U.S. v. Kirby B. Moses. CCA 20090247. Appellant's motion to correct errata is granted.

No. 12–0410/MC. U.S. v. Wade L. Walker. CCA 9501607. Appellant's **second** motion to extend time to file the supplement to the petition for grant of review granted, ***up to and including May 8, 2012, and absent extraordinary circumstances, no further extension of time will be granted to file the supplement to the petition for grant of review***.

No. 11–0486/NA. U.S. v. Akeem A. Wilkins. CCA 201000289. Review granted on the following issue:

WHETHER APPELLANT'S RIGHT TO DUE PROCESS OF LAW WAS VIOLATED WHEN HE WAS CONVICTED FOR ABUSIVE SEXUAL

CONTACT AS A LESSER-INCLUDED OFFENSE OF AGGRAVATED SEXUAL ASSAULT.

Briefs will be filed under Rule 25.

No. 12–0282/AR. U.S. v. Michael A. Garner. CCA 20080401. Review granted on the following issues:

WHETHER THE MILITARY JUDGE ERRED WHEN SHE FAILED TO GIVE THE NECESSARY INSTRUCTIONS ON SENTENCE RECONSIDERATION.

WHETHER THE ARMY COURT OF CRIMINAL APPEALS ERRED WHEN IT HELD THAT SPECIFICATION 1 OF CHARGE II STATES AN OFFENSE EVEN THOUGH THE GOVERNMENT DID NOT ALLEGE THE TERMINAL ELEMENT, EITHER EXPRESSLY OR BY NECESSARY IMPLICATION, AS REQUIRED BY *UNITED STATES v. FOSLER*, 70 M.J. 225 (C.A.A.F. 2011).

Briefs will be filed under Rule 25 on Issue I only.

No. 12–5001/AF. U.S. v. Daniel J. Datavs. CCA 37537. Review granted on the following issue:

WHETHER APPELLANT RECEIVED INEFFECTIVE ASSISTANCE OF COUNSEL WHEN DEFENSE COUNSEL FAILED TO OBTAIN AN EXPERT CONSULTANT IN THE FIELD OF SEXUAL ASSAULT EXAMINATIONS, FAILED TO MAKE CHALLENGES FOR CAUSE AGAINST TWO PANEL MEMBERS WHO WERE BASE VICTIM ADVOCATES, AND FAILED TO PROPERLY IMPEACH S.M.R. USING HER PERSONAL TELEPHONE RECORDS.

Briefs will be filed under Rule 25.

